PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

## United States District Court

for the

District of Alaska

UNITED STATES OF AMERICA

    v.                               Case No.    4:04CR0020-001 (JDR)

Luana F. Finau

It appearing that the above-named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on March 16, 2006. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

*[signature]*

Toni M. Ostanik
U.S. Probation/Pretrial Services
Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this _4th_ day of _April_, 2006.

**REDACTED SIGNATURE**

John D. Roberts
U.S. Magistrate Judge